# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY, | |
| PLAINTIFF | |
| v. | CASE NO. 5:21-cv-00233-DCR |
| RAM CONSTRUCTION SERVICES OF MICHIGAN, INC. | *ELECTRONICALLY FILED* |
| AND | |
| WALKER PARKING CONSULTANTS/ ENGINEERS, INC. d/b/a WALKER CONSULTANTS, *et al.*, | |
| DEFENDANTS | |

## DEFENDANT, WALKER PARKING CONSULTANTS/ ENGINEERS, INC. d/b/a WALKER CONSULTANTS, MOTION FOR SUMMARY JUDGMENT

Defendant, Walker Parking Consultants/Engineers, Inc. d/b/a Walker Consultants ("Walker"), pursuant to Fed. R. Civ. P. 56, respectfully moves the Court for Summary Judgment on the claims set forth in Counts I and II of Plaintiff's Amended Complaint. The grounds for this Motion are more fully stated in the Memorandum In Support attached hereto. Accordingly, Walker respectfully moves the Court to grant its Motion to for Summary Judgment and Dismiss the Plaintiffs' claims against Walker in Counts I and II of the First Amended Complaint With Prejudice.

Respectfully submitted,

*/s/ Darren J. Duzyk*
Darren J. Duzyk
dd@constructionlawky.com
Darren J. Duzyk, PLLC

P.O. Box 21806
Lexington, Kentucky 40522-1806
Telephone: (859) 559-2450

*Counsel for Defendant, Walker Parking Consultants/Engineers, Inc. d/b/a Walker Consultants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jefferson C. Orr
Vic L. McConnell
Smith Cashion & Orr, PLC
One American Center
3100 West End Avenue, Suite 800
Nashville, TN 37203

*Attorneys for Plaintiff, Affiliated FM Insurance Company and Third Party Defendants, Lexington Opportunity Fund, LLC and The Webb Companies*

Michael S. Maloney
Stephen C. Keller
Schiller Barnes Maloney, PLLC
401 West Main Street, Suite 1600
Louisville, KY 40202

*Counsel for Defendant RAM Construction Services of Michigan, Inc.*

Charles H. Stopher
Boehl Stopher & Graves
400 W. Market Street
2300 Aegon Center
Louisville, KY 40202

*Counsel for Third Party Defendant Yeiser Structural, LLC*

Kyle M. Virgin
J. Austin Anderson
Freeman Mathis & Gary, LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504-3215

*Counsel for Defendant, Friedman Management Group*

_/s/ Darren J. Duzyk_
Darren J. Duzyk